```
                FILED
        CLERK, U.S. DISTRICT COURT

              NOV 2 0 2012

        CENTRAL DISTRICT OF CALIFORNIA
        BY                      DEPUTY
```

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> OCTAVIO VARGAS-GUZMAN <br><br> Defendant. | CR06-894-DSF <br><br> ORDER OF DETENTION AFTER HEARING ( Fed.R.Crim.P. 32.1(a)(6) Allegations of Violations of Probation Supervised Release) Conditions of Release) |

On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

The court finds no condition or combination of conditions that will reasonably assure:

    (A) [X] the appearance of defendant as required; and/or

    (B) [X] the safety of any person or the community.

//
//

The court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

he will comply with conditions of release. Also, his criminal history + current allegations suggest he is a danger.

(B) (✓) Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

he will comply w/ conditions of release. Also, his illegal status + lack of bail resources make him a flight risk.

IT IS ORDERED that defendant be detained.

DATED: 11/20/12

SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE

2